

**Welding Inspection and Nondestructive Testing**

August 11, 2014

United States Bankruptcy Court
Western District of Michigan
One Division Avenue, N.
Room 200
Grand Rapids MI, 49503

Attention:   Whom it May Concern

Regarding:   Change of Address – Integrated Inspection, LLC

Attached:   None

To Whom it May Concern,

The mailing address listed for Integrated Inspection, LLC is:

14887 Bluebird Lane
Grand Haven, MI 49417

The mailing address has changed. The *NEW* and *MOST CURRENT* mailing address for Integrated Inspection, LLC is:

1445 Waverly Avenue
Grand Haven, MI 49417

Integrated Inspection, LLC is listed as a Creditor in the Following Cases with the corresponding Case Numbers:

1. Debtor, Lamar Construction Company. Case Number 14-04719-jmb
2. Debtor, George D. Holmes. Case Number 14-04833-swd
3. Debtor, Carl L. Blauwkamp. Case Number 14-05130-swd

Please update the mailing address in all systems as required and mail all future correspondence to the *NEW* mailing address.

Please feel free to contact me at any time with questions or concerns. Phone 616.844.8725 or email bryan@integratedinspection.com

Sincerely,

Bryan Mulcahy
Integrated Inspection, LLC
BJM/bm

---

1445 Waverly Avenue – Grand Haven – Michigan – 49417 – 616.844.8725