UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

CARL L. BLAUWKAMP,

Debtor.

Case No. 14-05130-jwb
Chapter 7

Honorable James W. Boyd

_____/

Charles A. Lawler (P65164)
Brian P. Lick (P71577)
CLARK HILL PLC
212 East Grand River Avenue
Lansing, Michigan  48906
(517) 318-3100
Attorneys for Creditor, AB Lock and Safe, Inc.
d/b/a Fisher Door & Hardware, Inc.

Robert D. Wolford
Miller Johnson
250 Monroe Ave., NW, Suite 800
P.O. Box 306
Grand Rapids, Michigan  49501-0306
(616) 831-1700
Attorney for Debtor, Carl L. Blauwkamp

_____/

## WITHDRAWAL OF APPEARANCE

NOW COMES Attorney, Brian P. Lick of Clark Hill PLC and hereby files his Withdrawal of Appearance on behalf of Creditor, AB Lock and Safe, Inc. d/b/a Fisher Door & Hardware, Inc., in the above-captioned case and requests to be removed from the Matrix.

Respectfully submitted,

CLARK HILL PLC
Attorneys for Creditor, AB Lock and Safe, Inc. d/b/a
Fisher Door & Hardware, Inc.

/s/ Brian P. Lick
Brian P. Lick (P71577)
212 East Grand River Avenue
Lansing, Michigan  48906
(517) 318-3100
blick@clarkhill.com

Dated:  August 29, 2014