UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CARL L. BLAUWKAMP,

                    Debtor.

_____/

Case No. 14-05130
Chapter 7
Honorable James W. Boyd

### ORDER GRANTING TRUSTEE'S EMERGENCY PETITION TO EMPLOY BDO AS ACOUNTANTS FOR A LIMITED PURPOSE

PRESENT: HONORABLE JAMES W. BOYD, U.S. Bankruptcy Court

This matter having come before the Court upon Thomas R. Tibble, Trustee's Emergency Petition to Employ BDO as Accountants for a Limited Purpose in this case and the Court otherwise being duly advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that the employment of BDO is approved on the terms and conditions set forth in the application and the accompanying exhibits.

Certification of No Objection Pursuant to LBR 2014(c)

### END OF ORDER

**IT IS SO ORDERED.**

Dated September 15, 2014



James W. Boyd
United States Bankruptcy Judge