UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)

In re:

**CARL L. BLAUWKAMP**

                                                  Case No. 14-05130-jwb
                                                  Chapter 7
                                                  Hon. James W. Boyd

_____/

**STIPULATION TO ENTRY OF ORDER**

      Debtor, Carl L. Blauwkamp, and Creditor, Fifth Third Bank, through their counsel, stipulate to the entry of the following:

1. Order Extending Deadlines To File Complaints To Determine The Dischargeability Of Certain Debts Or To Object To Discharge Under 11 U.S.C. §§ 523 And 727, as to Fifth Third Bank (**Exhibit A**).

Dated: October 23, 2014

| **MILLER JOHNSON** | **SEYBURN KAHN, P.C.** |
|---|---|
| By: /s/ John T. Piggins (with consent)   ) | By: /s/ David T. Lin, Esq. _____ |
| John T. Piggins (P34495) | David T. Lin (P70764) |
| 250 Monroe Ave, NW, Ste 800 | 2000 Town Center, Ste 1500 |
| P.O. Box 306 | Southfield, MI 48075 |
| Grand Rapids, MI 49501 | (248) 353-7620 |
| (616) 831-1793 | Fax: (248) 353-3727 |
| Fax: (616) 988-1793 | dlin@seyburn.com |
| pigginsj@millerjohnson.com | Attorneys for Fifth Third Bank |
| Attorneys for Debtor | |

{00984853.DOC}

**<u>Exhibit A</u>**

{00984853.DOC}

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)**

In re:

**CARL L. BLAUWKAMP**

                                        Case No. 14-05130-jwb
                                        Chapter 7
                                        Hon. James W. Boyd

_____/

**ORDER
EXTENDING DEADLINES TO FILE COMPLAINTS TO DETERMINE
THE DISCHARGEABILITY OF CERTAIN DEBTS OR TO OBJECT TO
DISCHARGE UNDER 11 U.S.C. §§ 523 and 727, AS TO FIFTH THIRD BANK**

This Order is before the Court on the stipulation between counsel for the Debtor, and counsel for Fifth Third Bank. Having reviewed this Order and the stipulation, and the Court otherwise duly advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline to file complaints to determine the dischargeability of certain debts or to object to discharge under 11 U.S.C. §§ 523 and 727 is hereby extended, for the benefit of Fifth Third Bank only, to <u>December 21, 2014</u>.

**END OF ORDER**

{00984853.DOC}

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)

In re:

**CARL L. BLAUWKAMP**

Case No. 14-05130-jwb
Chapter 7
Hon. James W. Boyd

_____/

## CERTIFICATE OF SERVICE

This is to certify that on October 23, 2014, I filed the *Stipulation to Entry of Order* and proposed *Order Extending Deadlines To File Complaints To Determine The Dischargeability Of Certain Debts Or To Object To Discharge Under 11 U.S.C. §§ 523 And 727, As To Fifth Third Bank,* with the Clerk of the Court using the ECF system, which served and sent notification of the above-document to the following:

Rachel L. Hillegonds, Attorney for Debtor
ecfhillegondsr@millerjohnson.com

Robert D. Wolford, Attorney for Debtor
ecfwolfordr@millerjohnson.com

All persons and entities participating in the ECF system.


/s/ David T. Lin
David T. Lin, Esq. (P70764)

{00984853.DOC}