UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CARL BLAUWKAMP,

Case No. 14-05130
Chapter 7
Honorable James W. Boyd

Debtor.
_____/

### ORDER GRANTING TRUSTEE'S EX PARTE MOTION
### FOR ESTABLISHMENT OF SPECIAL MATRIX

PRESENT:  Honorable James W. Boyd
United States Bankruptcy Judge

On November 25, 2014, Thomas R. Tibble, the Chapter 7 Trustee in the above-captioned case, filed an Ex-Parte Motion for Establishment of Special Matrix; the Court finding that the facts and circumstances of this case warrant the establishment of a special matrix and the Court otherwise being duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee's Motion for Establishment of a Special Matrix is granted and that the Special Matrix shall be composed of the following entities:

1. The Debtor and his counsel;

2. The Chapter 7 Trustee and his counsel;

3. The Office of the United States Trustee;

4. All Taxing Authorities, including all county, state and federal taxing authorities;

5. All secured creditors or their counsel;

6. Any party against whom direct relief is sought by motion, application or otherwise;

7. All parties who have filed an electronic notice of appearance so as to receive electronic notifications pursuant to the court's CM/ECF system;

8.      Any party in interest who is represented by counsel eligible to receive electronic notifications from this court, and who files with the court and serves upon counsel for the Trustee, an electronic notice of appearance or a request to be placed on the Special Matrix.

9.      Any party in interest who files with the court, and serves upon counsel for the Trustee a request to be placed on the Special Matrix and to receive all notices by First Class U.S. Mail.

IT IS FURTHER ORDERED that effective as of the date of this order, service upon the entities set forth on the Special Matrix shall be deemed adequate service and notice for all matters relating to: (a) the proposed sale, use or lease of property of the estate [Fed. R. Bankr. P. 2002(a)(2)]; (b) the approval of a settlement or compromise [Fed. R. Bankr. P. 2002(a)(3)]; (c) requests for interim compensation or reimbursement of expenses [Fed. R. Bankr. P. 2002(a)(6)] and (d) notices of proposed abandonments [Fed. R. Bankr. P. 6007].

IT IS FURTHER ORDERED that in all other matters notice shall be effectuated by service upon the entire matrix, including notices required by Fed. R. Bank P. 2002(a)(1), (4) and (7) and Fed. R. Bankr. P. 2002(f) and any other matters in which the Court determines that notice to the entire matrix is appropriate.

IT IS FURTHER ORDERED THAT any party in interest who is represented by counsel and who is not presently included on the Special Matrix, and/or the attorney for such party, may be added to the Special Matrix by filing with the court, and serving upon counsel for the Trustee, an electronic notice of appearance or a request to be added to the Special Matrix.  (Only attorneys who are authorized users of this court's CM/ECF system are eligible to receive electronic notifications.)

IT IS FURTHER ORDERED that a party in interest who is not represented by counsel and is not presently included on the Special Matrix may be added to the Special Matrix by filing a written request that all notice be provided to them by mail.  Such request shall be filed with the court at the following address:

> United States Bankruptcy Court
> Clerk of the Court
> One Division Avenue, North, Room 200
> Grand Rapids, MI  49503

A copy of which request shall also be served on counsel for the Trustee:

> Lori L. Purkey, Esq.
> Purkey & Associates, PLC
> 5050 Cascade Road, S.E., Suite A
> Grand Rapids, MI  49546

IT IS FURTHER ORDERED that the Trustee shall promptly prepare a list of parties to be included on the Special Matrix.  Such list shall be filed with the court (in pdf format) and shall be used by the Clerk of the Court to create the Special matrix.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this order pursuant to Fed. R. Bankr. P. 2099 and LBR 5005-4 upon all parties in interest listed on the court's mailing matrix for this case.

END OF ORDER

**IT IS SO ORDERED.**

**Dated December 3, 2014**



James W. Boyd
United States Bankruptcy Judge