## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## (GRAND RAPIDS)

In re:

**CARL L. BLAUWKAMP**

Case No. 14-05130-jwb
Chapter 7
Hon. James W. Boyd

_____/

## <u>STIPULATION TO ENTRY OF ORDER</u>

Debtor, Carl L. Blauwkamp, and Creditor, Fifth Third Bank, through their counsel, stipulate to the entry of the following:

1. Order Granting Second Extension of Deadlines To File Complaints To Determine The Dischargeability Of Certain Debts Or To Object To Discharge Under 11 U.S.C. §§ 523 And 727, as to Fifth Third Bank (**<u>Exhibit A</u>**).

Dated: December 8, 2014

**MILLER JOHNSON**

By: /s/ John T. Piggins (with consent) )
John T. Piggins (P34495)
250 Monroe Ave, NW, Ste 800
P.O. Box 306
Grand Rapids, MI 49501
(616) 831-1793
Fax: (616) 988-1793
pigginsj@millerjohnson.com
Attorneys for Debtor

**SEYBURN KAHN, P.C.**

By: /s/ David T. Lin, Esq. _____
David T. Lin (P70764)
2000 Town Center, Ste 1500
Southfield, MI 48075
(248) 353-7620
Fax: (248) 353-3727
dlin@seyburn.com
Attorneys for Fifth Third Bank

{00984853.DOC}

**<u>Exhibit A</u>**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## (GRAND RAPIDS)

In re:

**CARL L. BLAUWKAMP**

Case No. 14-05130-jwb
Chapter 7
Hon. James W. Boyd

_____/

### ORDER GRANTING SECOND EXTENSION OF
### DEADLINES TO FILE COMPLAINTS TO DETERMINE
### THE DISCHARGEABILITY OF CERTAIN DEBTS OR TO OBJECT TO
### DISCHARGE UNDER 11 U.S.C. §§ 523 and 727, AS TO FIFTH THIRD BANK

This Order is before the Court on the stipulation between counsel for the Debtor, and counsel for Fifth Third Bank.  Having reviewed this Order and the stipulation, and the Court otherwise duly advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline to file complaints to determine the dischargeability of certain debts or to object to discharge under 11 U.S.C. §§ 523 and 727 is hereby extended, for the benefit of Fifth Third Bank only, and only as to obligations which are not secured by the Debtor's home, to January 20, 2015.

### END OF ORDER

{00984853.DOC}

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)**

In re:

**CARL L. BLAUWKAMP**

Case No. 14-05130-jwb
Chapter 7
Hon. James W. Boyd

_____/

**CERTIFICATE OF SERVICE**

 This is to certify that on December 8, 2014, I filed the *Stipulation to Entry of Order* and proposed *Order Granting Second Extension of Deadlines To File Complaints To Determine The Dischargeability Of Certain Debts Or To Object To Discharge Under 11 U.S.C. §§ 523 And 727, As To Fifth Third Bank,* with the Clerk of the Court using the ECF system, which served and sent notification of the above-document to the following:

Rachel L. Hillegonds, Attorney for Debtor
ecfhillegondsr@millerjohnson.com

Robert D. Wolford, Attorney for Debtor
ecfwolfordr@millerjohnson.com

All persons and entities participating in the ECF system.

      /s/ David T. Lin_____
       David T. Lin, Esq. (P70764)

{00984853.DOC}