UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CARL BLAUWKAMP,

Case No. 14-05130
Chapter 7
Honorable James W. Boyd

Debtor.
_____/

### ORDER APPROVING FIRST APPLICATION FOR PAYMENT OF FEES AND EXPENSES OF PURKEY & ASSOCIATES, PLC, FOR CHAPTER 7 TRUSTEE

This matter having come before the Court upon Purkey & Associates, PLC first interim application for payment of fees and expenses, as counsel for the Chapter 7 Trustee, Thomas R. Tibble (the "Application"); notice having been given as required by Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2; no objection having been timely filed and the Court otherwise being duly advised in the premises:

**IT IS HEREBY ORDERED THAT** the fee application for payment of fees and expenses of Purkey & Associates, PLC is granted and the Trustee is authorized to pay Purkey & Associates $26,563.25 for services rendered from August 4, 2014 through September 30, 2014 and $1,507.75 for reimbursable out-of-pocket expenses for a total of $28,071.00.

**IT IS SO ORDERED**

**IT IS SO ORDERED.**

**Dated January 14, 2015**



James W. Boyd
United States Bankruptcy Judge